1  **Timothy T. Scott (SBN 126971)**
   **Geoffrey M. Ezgar (SBN 184243)**
2  **SIDLEY AUSTIN LLP**
   **555 California Street, Suite 2000**
3  **San Francisco, California 94101**
   **Telephone: (415) 772-1200**
4  **Facsimile:  (415) 772-7400**

5  **Melville W. Washburn (admitted *Pro Hac Vice*)**
   **James C. Blenko (admitted *Pro Hac Vice*)**
6  **SIDLEY AUSTIN LLP**
   **One South Dearborn Street**
7  **Chicago, Illinois 60603**
   **Telephone: (312) 853-7000**
8  **Facsimile:  (312) 853-7036**

9  **Attorneys For Plaintiff**
   **Continental Insurance Company**
10
   **[Counsel for Defendant Listed on Signature Page]**
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13
                    **SAN FRANCISCO DIVISION**
14

15 | CONTINENTAL INSURANCE COMPANY, a ) | Case Nos. C03-1448 (TEH); C03-5470 (TEH) |
   New Hampshire insurance company,        )
                                           )   Assigned to: Honorable Thelton E. Henderson
16              Plaintiff,                  )
                                           )   **JOINT MOTION FOR EXTENSION OF**
17         vs.                             )   **TIME TO COMPLETE DISCOVERY**
                                           )
18 TRANSATLANTIC REINSURANCE              )   Date:  February 6, 2006
   COMPANY, a New York insurance company, )   Time:  10 am
19                                         )   Place: Courtroom 12, 19th Floor
                Defendant.                 )
20 _____)
                                           )
21 TRANSATLANTIC REINSURANCE              )
   COMPANY, a New York Insurance Company,  )
22                                         )
                Plaintiff,                 )
23                                         )
           vs.                             )
24                                         )
   CONTINENTAL INSURANCE COMPANY, a )
25 New Hampshire insurance company,        )
                                           )
26              Defendant.                 )
   _____)
27
28

---

**JOINT MOTION (AND PROPOSED ORDER) FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

1

2          Plaintiff Continental Insurance Company ("Plaintiff"), and defendant Transatlantic

3   Reinsurance Company ("Defendant") (collectively, the "Parties"), by their attorneys, hereby

4   respectfully request this Court for an order extending the time for completion of discovery in the

above-captioned case.  In support of this joint motion, the Parties state as follows:

5          1.        On October 24, 2005, the Parties submitted a mutually agreed-upon discovery

6   schedule to this Court as part of their last Joint Case Management Statement.  The Statement

7   provided that this schedule could be modified by agreement of the parties.

8          2.        The Parties then discussed the discovery schedule with this Court during the

9   last Case Management conference on October 31, 2005.

10          3.        Since the last Case Management conference, Plaintiff has taken four

11   depositions and the Parties have scheduled an additional three depositions.

12          4.        It has taken longer than the Parties initially anticipated to schedule some of

13   the depositions in this case.  The witnesses in question, some of whom are no longer employed by

14   either of the Parties, sometimes need significant notice to be able to clear a full day for a deposition,

15   much less additional time for deposition preparation.

16          5.        Some of the later stages in the discovery process, such as the preparation of

17   expert reports, cannot be completed until certain depositions are conducted.

18          6.        Accordingly, the Parties have agreed to the following revised discovery

19   schedule, which amends the former discovery schedule by moving discovery dates back and by

20   adding a deadline for expert rebuttal.  Dates in this discovery schedule can be altered only by

21   agreement of the parties, or upon motion to this Court:

22

23

| Disclosure of Plaintiff's experts and expert reports; deadline for parties to disclose potential fact witnesses in case | May 5, 2006 |
|---|---|
| Deadline for deposition of Plaintiff's experts | June 2, 2006 |
| Disclosure of Defendant's experts and expert reports | June 16, 2006 |
| Deadline for deposition of Defendant's experts | July 14, 2006 |

24

25

26

27

28

**JOINT MOTION (AND PROPOSED ORDER) FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

| | |
|---|---|
| Deadline for disclosure of the Parties' expert rebuttal reports | August 4, 2006 |
| Close of fact discovery; dispositive motions due | Sept. 1, 2006 |
| Responses to dispositive motions due | Sept. 22, 2006 |
| Replies in support of dispositive motions due | Oct. 16, 2006 |

## CONCLUSION

For the reasons given above, the Parties respectfully request this Court for an order adopting the above schedule for discovery in this case.

Dated: January 31, 2006                              SIDLEY AUSTIN LLP


By:  /s/ James C. Blenko

James C. Blenko
Attorneys For Plaintiff Continental
Insurance Company


Dated:  January 31, 2006                              LORD BISSELL & BROOK LLP


By:   /s/ Kimberly M. Hamm

Kimberly M. Hamm
Attorneys For Defendant
Transatlantic Reinsurance Company

111 S. Wacker Drive
Chicago, IL 60606
Telephone (312) 443-0700

**CERTIFICATE OF SERVICE FOR JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ~~PROPOSED~~ ORDER

The Parties' JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE

DISCOVERY having been read and considered by this Court, it is hereby ordered that the time for

completion of discovery in this case shall be extended in accordance with the schedule in the Parties'

Joint Motion.

DATED: _____01/31/06_____

IT IS SO ORDERED

Judge Thelton E. Henderson

E. Henderson

United States District Judge

-3-

**CERTIFICATE OF SERVICE FOR JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**