IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>    Defendant. | NO. C03-1448 TEH<br><br><u>ORDER CONTINUING</u><br><u>FEBRUARY 27, 2006 CASE</u><br><u>MANAGEMENT CONFERENCE</u> |
| TRANSATLANTIC REINSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>    Defendant. | NO. C03-5470 TEH |

    The Court is in receipt of the parties' joint case management statement filed on February 20, 2006. It appears that there is no need for a case management conference at this time, and the Court therefore continues the case management conference to **Monday, May 1, 2006, at 1:30 PM.** The parties shall file a joint case management statement on or before **April 24, 2006.**

    Additionally, the Court notes that discovery in this case does not appear to be moving along expeditiously. Although the Court will not alter the deadlines ordered pursuant to the

parties' January 31, 2006 stipulation, the Court fully expects the parties to comply with those deadlines and does not anticipate granting any additional requests for continuances.

**IT IS SO ORDERED.**

Dated:   02/22/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT