IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>TRANSATLANTIC REINSURANCE COMPANY,<br><br>             Defendant. | NO. C03-1448 TEH<br><br><u>ORDER CONTINUING MAY 1, 2006 CASE MANAGEMENT CONFERENCE</u> |
| TRANSATLANTIC REINSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>             Defendant. | NO. C03-5470 TEH |

The Court is in receipt of the parties' joint case management statement filed on April 24, 2006. It appears that there is no need for a case management conference at this time, and the Court therefore continues the case management conference to **Monday, July 24, 2006, at 1:30 PM.** The parties shall file a joint case management statement on or before **July 17, 2006.**

Additionally, the Court reminds the parties that they remain bound by the deadlines ordered pursuant to the parties' January 31, 2006 stipulation. The Court does not anticipate

granting continuances of any of those deadlines, including the September 1, 2006 deadline for filing dispositive motions.

**IT IS SO ORDERED.**

Dated:   04/25/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California

2